SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JESUS GARCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JESUS GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NIKIFOROS VALASKANTJIS, AS TRUSTEE UNDER DECLARATION OF TRUST F/B/O NIKIFOROS VALASKANTJIS & GEORGIA VALASKANTJIS; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 8:22-cv-01651-DFM**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |
|---|---|

　　　Notice is hereby given that Plaintiff JESUS GARCIA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: October 11, 2022　　　　　　　SO. CAL EQUAL ACCESS GROUP


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff